# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TRAVETTE VASSER | ) |
| | ) CASE NO: 3:12-0793 |
| v. | ) JUDGE KEVIN H. SHARP |
| | ) |
| LEGGETT & PLATT PARTHENON METAL WORKS | ) ) |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

-that Plaintiff's workers' compensation claim was <u>not</u> a substantial motivating factor in Defendant's decision to terminate her employment.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON OCTOBER 26, 2016, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT LEGGETT & PLATT PARTHENON METAL WORKS**

DATE: October 27, 2016                KEITH THROCKMORTON, CLERK

                                      BY: *Angie Brewer*
                                       Deputy Clerk